UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANNY GARCIA,

    Plaintiff,

v.

INSPECTOR GENERAL,

    Defendant.

Case No. 17-cv-01516-JD

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. In the initial review order on April 7, 2017, the Court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court. This case is **DISMISSED** for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated: June 1, 2017

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>INSPECTOR GENERAL,<br><br>    Defendant. | Case No. 17-cv-01516-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny Garcia ID: V-30568
C.T.F. Rainer "A" 112 Low
P.O. Box 705
Soledad, CA 93960

Dated: June 1, 2017

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO